

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

    - v. -                      :
                              07 Cr.
RODOLPHE NOGBOU,                :

          Defendant.     :    **07 CRIM 814**

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about August 22, 2007, in the Southern District of New York, RODOLPHE NOGBOU, the defendant, unlawfully, willfully, and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in and on account of the performance of official duties, and, in the commission of said acts, did inflict bodily injury, to wit, NOGBOU intentionally struck Court Security Officer Vincent Esposito ("CSO Esposito") in the face while CSO Esposito was working as a Court Security Officer at the security checkpoint at the Worth Street entrance to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, causing CSO Esposito to suffer cuts and abrasions and resulting in the need for CSO Esposito to receive medical attention, including stitches.

(Title 18, United States Code, Section 111(a), (b).)

_____                       _____
Foreperson                                      MICHAEL J. GARCIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

RODOLPHE NOGBOU,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 111(a), (b))


MICHAEL J. GARCIA
United States Attorney.


A TRUE BILL

_____
        Foreperson.