UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA

    -against-

Rodolphe Nogbou

------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-07

ORDER

07 CR. 814 (JFK)
Docket #

_____Judge Keenan_____, DISTRICT JUDGE:
   Judge's Name

The Legal Aid attorney assigned to this case
_____Peggy Cross_____ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to C.J.A. Attorney _____Alan Nelson_____
                                        Attorney's Name

SO ORDERED.

*/s/ John F. Keenan*
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
          October 4, 2007