USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-25-2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  PROTECTIVE ORDER

    - v. -  :  07 Cr. 814 (JFK)

RODOLPHE NOGBOU,  :

    Defendant.  :

- - - - - - - - - - - - - - - x

    IT IS HEREBY ORDERED that the Post Order for Federal Courthouse Complex Internal Security, CSO Post 4, Worth Street, for the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York (the "Post Order"), which is to be produced in discovery by the Government, may only be viewed by Alan Nelson, Esq., counsel for the defendant, and persons working under his direction and supervision for the purpose of assisting him in the defense of this matter (collectively, the "Defense Team"); and it is further

    ORDERED that the Defense Team shall not duplicate or distribute the Post Order to any other person; and it is further

    ORDERED that no person other than a member of the Defense Team shall be allowed to examine the Post Order without further order of this Court; and it is further

ORDERED that the Post Order may not be connected, downloaded or transferred to the Internet and may not be placed into any computer that is connected to the Internet; and it is further

ORDERED that the Defense Team shall return all copies of the Post Order to the Government at the conclusion of this case.

Dated:  New York, New York
        October 25, 2007

 

_____
HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE