**CERTIFICATE OF SERVICE**

      I, John P. Cronan, an Assistant United States Attorney for the Southern District of New York, hereby certify that on November 13, 2007, I caused a copy of the foregoing Memorandum of Law In Partial Opposition to the Defendant's Motion in Limine to be served by Federal Express upon:

          Alan M. Nelson, Esq.
          3000 Marcus Avenue
          Suite 1E5
          Lake Success, NY 11042
          Tel.: (516) 328-6200
          Fax: (516) 328-6354

Dated:   New York, New York
           November 13, 2007

                          /s/ John P. Cronan
                        JOHN P. CRONAN (JC-1627)
                        Assistant United States Attorney
                        Tel.: (212) 637-2779
                        Fax: (212) 637-2937