UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :
                                    :       07 Cr. 814(JFK)
          -v-                       :       **ORDER**
                                    :
                                    :
                                    :
RODOLPHE NOGBOU,                    :
                                    :
                Defendant.          :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Pursuant to the Court's Memorandum Opinion and Order, dated November 19, 2007, the Government has submitted to the Court for <u>in camera</u> review the personnel file of Court Security Officer Vincent Esposito. After carefully reviewing the file, I have determined that it contains no material that must be disclosed at this time to the defense. To the extent that the file contains prior recorded and/or impeaching statements of potential government witness, the Court credits the Government's representation that it will abide by its statutory and constitutional disclosure obligations and turn over such material to the defense at the appropriate time. Should additional material from CSO Esposito's personnel file for his current position as CSO become available, I will review it. The material thus far received is being filed under seal.

1

Also in response to the Court's Order of November 19, 2007, the Government has stated that CSO Esposito was formerly employed by the New York Police Department, from which he retired as Detective First Grade.

SO ORDERED
December 3, 2007

*John F. Keenan*
JOHN F. KEENAN
United States District Court