12-7-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,                  :
                                           :
                                           :
                                           :          07 Cr. 814(JFK)
            -v-                            :          **ORDER**
                                           :
                                           :
                                           :
RODOLPHE NOGBOU,                           :
                                           :
                  Defendant.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**JOHN F. KEENAN, United States District Judge:**

On December 4, 2007, pursuant to the Court's Memorandum

Opinion and Order, dated November 19, 2007, the Government

submitted to the Court for in camera review additional

documentation from the personnel file of Court Security Officer

Vincent Esposito.  After carefully reviewing the documentation, I

have determined that it contains no material that must be

disclosed at this time to the defense.  The documentation will be

filed under seal.

Also in response to the Court's Order of November 19,

2007, the Government has stated that CSO Esposito was formerly

employed by the New York Police Department, from which he retired

as Detective First Grade.

**SO ORDERED**
December 7 , 2007

_____
            **JOHN F. KEENAN**
    **United States District Court**

1