UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

RODOLPHE NOGBOU,

**Defendant**
-----------------------------------------------------------X

ORDER AUTHORIZING FUNDS
PURSUANT TO THE CRIMINAL
JUSTICE ACT

07 Cr 814 (JFK)

Upon the application of the defendant, RUDOLPHE NOGBOU, by his attorney, Alan M. Nelson, Esq., pursuant to 18 USC, Sec. 3006 A, subd. (e), and upon finding that the interest of justice would be served thereby, it is hereby:

ORDERED, that the defendant's assigned attorney, Alan M. Nelson, is authorized to extend the use of the services of VidiPax, LLC for the purpose of cleaning and enhancing a Video recording derived from the surveillance video camera located at the Worth Street entrance to the Federal Courthouse located at 500 Pearl Street made on August 22, 2007 between 12:00-12:20 P.M.

ORDERED that the reasonable and proper expenses incurred for the services, as aforesaid shall be paid on half out of the funds provided for these purposes under the Criminal Justice Act, the second half to be paid by the United States Attorney's Office for the Southern District of New York. The total cost of the work to be performed being $7,156.00; the sum authorized to be paid pursuant to the CJA Act $3,578.00.

12/19/07

SO ORDERED

John F. Keenan

HONORABLE JOHN F. KEENAN, U.S.D.J