UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

RODOLPHE NOGBOU,

**Defendant**
-------------------------------------------------------X

ORDER AUTHORIZING CLOTHING
TO BE PROVIDED TO INMATE
FOR TRIAL

07 Cr 814 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-2-08

Upon the application of the defendant, RUDOLPHE NOGBOU, by his attorney, Alan M. Nelson, Esq., pursuant to 18 USC, Sec. 3006 A, subd. (e), and upon finding that the interest of justice would be served thereby, it is hereby:

ORDERED, that the defendant's assigned attorney, Alan M. Nelson, is authorized to bring civilian clothing, including, a pair of slacks, 2 shirts, a tie and shoes for the purpose of the defendant having clothing to wear at his trial into the Metropolitan Detention Center.

SO ORDERED

*/s/ John F. Keenan*

HONORABLE JOHN F. KEENAN, U.S.D.J

Dated: New York, New York
       January 2, 2008