**CERTIFICATE OF SERVICE**

  JOHN P. CRONAN, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

  That I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York.

  That on January 3, 2008, I caused a copy of the attached Government's Proposed Examination of Prospective Jurors to be delivered by Federal Express to:

> Alan M. Nelson, Esq.
> 3000 Marcus Avenue, Suite 1E5
> Lake Success, NY 11042

  I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. Section 1746.

Dated: New York, New York
    January 3, 2008

           /s/ John P. Cronan
          JOHN P. CRONAN
          Assistant United States Attorney