<u>CERTIFICATE OF SERVICE</u>

JOHN P. CRONAN deposes and says that he is employed in the Office of the United States Attorney for the Southern District of New York, and that on January 3, 2008, he served one copy of the within The Government's Requests to Charge on:

>Alan M. Nelson, Esq.
>3000 Marcus Avenue
>Suite 1E5
>Lake Success, NY 11042

by causing a copy of same to be delivered by Federal Express at the above address.

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

>/s/ John P. Cronan
>JOHN P. CRONAN
>Assistant United States Attorney
>(212) 637-2779

Dated:   January 3, 2008
         New York, New York