UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA

-against-

Rodolphe Nogbou

------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

ORDER

07 CR 814 (JFK)
Docket #

__Judge Keenan__, DISTRICT JUDGE:
  Judge's Name

THE C.J.A. attorney assigned to this case
__Alan Nelson__ is hereby ordered substituted and
   Attorney's Name
the representation of the defendant in the above captioned matter
is assigned to __Lance Croffoot-Suede__
                    Attorney's Name

SO ORDERED.

_John F. Keenan_
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 6, 2008