UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

United States of America,

      v.        07 Cr. 814 (JFK)

Rodolphe Nogbou,

       Defendant.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

   I, Jared R. Jenkins, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on August 6, 2008, I caused to be served a true copy of Defense Counsel's Sentencing Memorandum on behalf of Rodolphe Nogbou, dated August 6, 2008, and the accompanying Exhibits, on the following attorney of record:

BY HAND

    Mr. John P. Cronan
    Assistant United States Attorney
    United States Department of Justice
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007

Dated: August 6, 2008
   New York, New York

            By: /s/ Jared R. Jenkins