UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

                v.                          07 Cr. 814 (JFK)

Rodolphe Nogbou,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### CERTIFICATE OF SERVICE

       I, Jared R. Jenkins, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on August 13, 2008, I caused to be served a true copy of Defense Counsel's Sentencing Memorandum on behalf of Rodolphe Nogbou, dated August 13, 2008, and the accompanying Exhibits, on the following attorney of record:

BY HAND

        Mr. John P. Cronan
        Assistant United States Attorney
        United States Department of Justice
        Southern District of New York
        One Saint Andrew's Plaza
        New York, New York 10007

Dated: August 13, 2008
      New York, New York

                                            By: _____
                                                  Jared R. Jenkins