8-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :    ORDER

    - v. -                  :
                                         07 Cr. 814 (JFK)
RODOLPHE NOGBOU,                :

        Defendant.      :
- - - - - - - - - - - - - - - - - x

    IT IS HEREBY ORDERED that the Metropolitan Correctional Center, and its employees and officers, shall permit defendant Rodolphe Nogbou to submit papers in any civil cases in which he is a party pending in this District to the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York.

Dated:  New York, New York
        August 18, 2008

                                              _____
                                              HONORABLE JOHN F. KEENAN
                                              UNITED STATES DISTRICT JUDGE